**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Wesley P. WILLIAMS,
Defendant-Appellant.**

**No. WD 34240.**

Missouri Court of Appeals,
Western District.

Oct. 11, 1983.

Wesley P. Williams, pro se.

John E. Casey, Linn County Pros. Atty., Brookfield, for plaintiff-respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

### ORDER

PER CURIAM:

Wesley P. Williams was found guilty by a jury of assault in the third degree. The jury assessed punishment at a fine in an amount to be set by the court. The court assessed a fine of $100.

Judgment affirmed. No jurisprudential purpose would be served by written opinion and ruling. Rule 30.25(b).

All concur.